**SAFFORD, Supt. of Ins. v. MET. LIFE INS. CO.**
Ohio Supreme Court.
No. 21398.                    Decided Dec. 12, 1928.

**MATTHIAS, J.**
**CONSTITUTIONAL LAW.**
(140S). A statute which creates a new obligation in respect to transactions or considerations already past is violative of Article II, Section 28 of the state constiution, which forbids the enactment of retroactive laws by the general assembly.
**TAXES.**
(560F2) To so interpret and apply Section 5433, General Code, as amended May 11, 1927 (112 O. L., 429), increasing the tax upon business done by foreign insurance companies in this state from 2½ to 3%, as to exact such additional tax for the privilege of doing business in 1926, would render such provision retroactive in effect.

Marshall, C. J., Day, Allen, Kinkade, Robinson and Jones, JJ., concur.

**DET. CINCI. COACH LINE v. P. U. C.**
Ohio Supreme Court.
No. 21067.                    Decided Dec. 12, 1928.

**MARSHALL, J.**
**AUTOMOBILES.**
(50P2b). Where a common carrier by motor vehicle operating over state highways in interstate commerce habitually violates reasonable and lawful rules and regulations of the public utilities commission of the state, carries passengers in intrastate service without a certificate authorizing the same and violates the laws of the state regulating the speed of motor vehicles on the state highways, all such violations being committed in such manner and to such extent as would justify a revocation of the certificate of an operator, the certificate theretofore granted to such operator by the public utilities commission to operate as a common carrier in interstate commerce may be revoked.

Day, Allen, Kinkade, Jones and Matthias, JJ., concur.